

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2017

No. 04-16-00723-CV

**FE EXPRESS, LLC** and Francisco Javier Bernal,
Appellants

v.

Maria Isabel Serna **CONTRERAS**, as next friend and guardian of Samara Isabella Morales Serna and Samantha Isabel Morales Serna, minor children, and as Administrator of the Estate of Samuel Morales Castillo, Deceased,
Appellees

&

No. 04-16-00738-CV

**IN RE FE EXPRESS, LLC** and Francisco Javier Bernal

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014CVT001295 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Sitting:     Karen Angelini, Justice
            Marialyn Barnard, Justice
            Luz Elena D. Chapa, Justice

The parties have filed a joint request that we extend the abatement of this proceeding for an additional 30 days so that the parties' settlement may be completed. The motion is granted. We **order** the parties to file, by **January 5, 2018**, either (a) an appellant's motion to dismiss or agreed motion to dispose of this appeal; or (b) written notice advising the court of all actions the parties have taken regarding the settlement agreement.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2017.



KEITH E. HOTTLE,
Clerk of Court